tiorari to the Supreme Court of Michigan denied. *Mr. J. W. Drummond* for petitioner. No appearance for respondent. Reported below: 259 Mich. 283; 243 N. W. 6.

No. 382. TELFER *v.* BOULTON. November 7, 1932. Petition for writ of certiorari to the Supreme Court of Idaho denied. *Messrs. W. G. Bissell* and *A. F. James* for petitioner. No appearance for respondent.

No. 413. BURKIS ET AL. *v.* UNITED STATES. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Frederic M. P. Pearse* and *Louis Halle* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Leslie E. Salter, Paul D. Miller,* and *W. Marvin Smith* for the United States.

No. 416. GRAY *v.* HECKE ET AL. November 7, 1932. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. John Gray, pro se. Mr. U. S. Webb* for respondents.

No. 418. SCHOOL DISTRICT No. 22, OSAGE COUNTY, OKLAHOMA, ET AL. *v.* PRUDDEN ET AL. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Finis E. Riddle, Clarence Lohman,* and *Ralph A. Barney* for petitioners. No appearance for respondents.

No. 419. SHEVLIN LAND CO. ET AL. *v.* COUNTY OF BECKER, MINNESOTA. November 7, 1932. Petition for